IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

    Plaintiff,                    No. CIV S-02-2645 GEB KJM P

   vs.

D.L. RUNNELS, et al.,

    Defendants.             ORDER

_____/

      Plaintiff has requested an extension of time to comply with the court's order of May 19, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's June 22, 2005 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to comply with the court's order of May 19, 2005.

DATED: June 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/bb
brow2645.36