**FILED**

OCT 1 ⸱ 2005

CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

Plaintiff,                          No. CIV S-02-2645 GEB KJM P

vs.

D.L. RUNNELS, et al.,

Defendants.                    ORDER

_____/

The court hereby clarifies its May 19, 2005 order as follows. Plaintiff's second amended complaint states cognizable Eighth Amendment and ADA claims against L. Cole. Plaintiff's second amended complaint states a cognizable First Amendment retaliation claim against T. Cole. The court will order service of process upon both defendants L. Cole and T. Cole.[1]

DATED: 10/14/05

UNITED STATES MAGISTRATE JUDGE

1/bb/brow2645.cla

---

[1] Plaintiff has provided the court with the forms necessary to effect service of process on both L. Cole and T. Cole.