IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY L. BROWN,** <br><br> Plaintiff, <br><br> v. <br><br> **D.L. RUNNELS, et al.,** <br><br> Defendants. | CIV S-02-2645 GEB KJM P <br><br> **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

The Court, having considered defendants' request for an extension of time to file a responsive pleading, and good cause having been found,

IT IS HEREBY ORDERED that defendants shall file a responsive pleading no later than February 6, 2006.

DATED: December 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1