IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

    Plaintiff,                              No. CIV S-02-2645 GEB KJM P

    vs.

D.L. RUNNELS,

    Defendants.                        ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On August 2, 2005, plaintiff filed a "request for a temporary restraining order . . ." Plaintiff seeks an injunction with respect to access to his prison's law library and legal materials. The primary basis for plaintiff's request appears to be the delays he reports experiencing in obtaining service copies of the complaint in this matter. Yet within several weeks of filing his request for a restraining order, plaintiff submitted copies of the complaint for service, and service has now been effected. Plaintiff has not otherwise shown cause for the issuance of an injunction. Accordingly, plaintiff's request is denied.

DATED: January 10, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

1 brow2645.tro