IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY L. BROWN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D.L. RUNNELS, et al.,**<br><br>　　　　　　　　　　　Defendants. | CIV S-02-2645 GEB KJM P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

　　　　The court, having considered defendants' request for an extension of time to file a responsive pleading, and good cause having been found,

　　　　IT IS HEREBY ORDERED that defendants shall file a responsive pleading no later than March 6, 2006.

DATED: February 21, 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

1