IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

     Plaintiff,                      No. CIV S-02-2645 GEB KJM P

     vs.

D.L. RUNNELS, et al.,

     Defendants.                ORDER

_____/

     Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief under 42 U.S.C. § 1983.

     On October 14, 2005, the court ordered the United States Marshal to serve the complaint on several defendants. Process directed to defendants Braida, Cole, Fleischman and Halsath was returned unserved. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff four USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed December 20, 2004;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

 a. One completed USM-285 form each for defendant Braida, Cole, Fleischman and Halsath ; and

 b. Five copies of the endorsed complaint filed December 20, 2004.

DATED: May 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
brow2645.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

    Plaintiff,                       No. CIV S-02-2645 GEB KJM P

    vs.

D.L. RUNNELS, et al.,              NOTICE OF SUBMISSION

    Defendants.                OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __Four__   completed USM-285 forms

    __Five__   copies of the December 20, 2004 Amended Complaint

DATED:

                                                   Plaintiff