IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GREGORY L. BROWN,** | 2:02-cv-2645 GEB KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **D.L. RUNNELS, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file a responsive pleading, and good cause having been found,

IT IS HEREBY ORDERED THAT: Defendants' responsive pleading shall be filed on or before May 18, 2007.

DATED: April 24, 2007.

_____
U.S. MAGISTRATE JUDGE