IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

       Plaintiff,             No. CIV S-02-2645 GEB KJM P

  vs.

D.L. RUNNELS, et al.,

       Defendants.       ORDER

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to defendant Rohlfing's May 17, 2007 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Plaintiff's June 6, 2007 motion for an extension of time is granted; and

       2.  Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant Rohlfing's May 17, 2007 motion to dismiss.  Defendant Rohlfing's reply, if any, shall be filed seven days thereafter.

DATED:  June 15, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
brow2645.36(2)