IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

       Plaintiff,                    No. CIV S-02-02645 ALA P

   vs.

D.L. RUNNELS, et al.,

       Defendants.           ORDER

_____/

       Defendants have requested an extension of time to file a answer.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendant's request for an extension of time is granted; and

       2. Defendant's are granted a 49-day extension of time to file an answer.

DATED: September 7, 2007

                                     /s/ Arthur L. Alarcón
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation