1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY L. BROWN,

11          Plaintiff,                        No. CIV 2:02-cv-02645 ALA P

12      vs.

13   D. L. RUNNELS, et. al.,

14          Defendants.                    ORDER

15   _____/

16          On August 21, 2007, this court requested that Mr. Andrew Stroud contact this

17   court for the purpose of representing Plaintiff in these proceedings.  The court has received

18   notice that Mr. Stroud is unable to undertake the representation.  Further, the court is unable to

19   locate any other attorneys willing to undertake the representation.  As such, Plaintiff must

20   proceed in this matter without counsel.

21          Accordingly, it is ORDERED that Plaintiff will proceed in this matter without

22   appointed counsel.

23   DATED: September 13, 2007

24

25                                      /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
26                                      Sitting by Designation

1