IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

      Plaintiff,                      No. CIV S-02-02645 ALA P

    vs.

D.L. RUNNELS, et al.,

      Defendants.                <u>ORDER</u>

_____/

       On November 29, 2007, Plaintiff Gregory Brown filed a motion for a temporary restraining order. The court requests Defendants file a response prior to issuing its ruling.

       Therefore, IT IS HEREBY ORDERED that Defendants file a response to Plaintiff's November 29, 2007, motion for a temporary restraining order within thirty-five (35) days of the date of this order.

/////

DATED: December 5, 2007

                                         /s/ Arthur L. Alarcón
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation