IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY L. BROWN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>D.L. RUNNELS, et al.,<br><br>　　　　　　　Defendants. | 2:02-cv-2645 ALA P<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |

　　　The Court, having considered Defendants' request for an extension of time and good cause appearing, **IT IS HEREBY ORDERED** that Defendants' responses to Plaintiff's interrogatories and requests for production of documents will be due on February 4, 2008.

/////

DATED: December 18, 2007

　　　　　　　　　　　　　　　　　　　　　/s/ Arthur L. Alarcón
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　Sitting by Designation

1