IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

      Plaintiff,                    No. CIV S-02-02645 ALA P

   vs.

D.L. RUNNELS, et al.,

      Defendants.                ORDER

_____/

      On January 8, 2008, Plaintiff filed a request for additional time to respond to Defendants' discovery requests. Plaintiff also requested additional time to complete discovery. Good cause appearing, IT IS HEREBY ORDERED that:

///

///

      1.    Plaintiff's request for additional time to respond to Defendants' discovery requests is granted. Plaintiff shall have 30 days from the date of this order to file responses to Defendants' discovery requests.

      2.    Plaintiff's request for an extension of time for discovery is denied. The dates set forth in the Court's Scheduling Order (docket # 120) remain in effect.

1  ///
2  DATED: January 24, 2008
3
4                                              /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT  JUDGE
                                               Sitting by Designation
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26