IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

     Plaintiff,                      No. CIV S-02-02645 ALA P

    vs.

D.L. RUNNELS, et al.,

     Defendants.                 ORDER

_____/

     On March 7, 2008, defendants filed a motion to extend the deadline for dispositive motions and to vacate the pretrial and trial dates. Good cause appearing, IT IS HEREBY ORDERED that:

/////

     1. Defendant's March 7, 2008, motion to extend the deadline for dispositive motions and to vacate the pretrial and trial dates is granted;

     2. The parties have up to and including April 23, 2008, to file dispositive motions; and

     3. The pretrial and trial dates are hereby vacated pending the resolution of any dispositive motions.

/////

1

1  /////

2  DATED: March 11, 2008

4  <u>/s/ Arthur L. Alarcón</u>
   UNITED STATES CIRCUIT  JUDGE
   Sitting by Designation