IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

      Plaintiff,                    No. CIV S-02-02645 ALA P

   vs.

D.L. RUNNELS, et al.,

      Defendants.              ORDER

_____/

      On March 12, 2008, plaintiff Gregory Brown filed a motion in limine concerning the use of prior convictions and plaintiff's prison disciplinary record at trial. The court requests defendants file a response prior to issuing a ruling.

      Therefore, IT IS HEREBY ORDERED that defendants file a response to Plaintiff's March 12, 2008, motion in limine within thirty-five (35) days of the date of this order.

/////

DATED: March 14, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation

1