IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

     Plaintiff,                      No. CIV S-02-02645 ALA P

   vs.

D.L. RUNNELS, et al.,

     Defendants.          <u>ORDER</u>

_____/

      On March 12, 2008, plaintiff Gregory Brown filed a motion concerning his prison transfer pending trial (Document #137). The court requests defendants file a response prior to issuing a ruling.

      Therefore, IT IS HEREBY ORDERED that defendants file a response to plaintiff's March 12, 2008, motion concerning his prison transfer pending trial (Document #137) within thirty-five (35) days of the date of this order.

/////

DATED: March 19, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

1