IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

      Plaintiff,                     No. CIV S-02-02645 ALA P

    vs.

D.L. RUNNELS, et al.,

      Defendants.            <u>ORDER</u>

_____/

    On March 12, 2008, plaintiff Gregory Brown filed a motion concerning his prison transfer pending trial (Document #137). On March 25, 2008, defendants filed an opposition claiming that plaintiff's motion is premature. After review, the court concurs.

    Therefore, IT IS HEREBY ORDERED that plaintiff's March 12, 2008, motion is DENIED, without prejudice.

/////

DATED: March 28, 2008

                                           /s/ Arthur L. Alarcón
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation