IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

        Plaintiff,              Case No. 2:02-cv-02645 ALA (PC)

        vs.

D.L. RUNNELS, et al.,

        Defendants.          <u>ORDER</u>

_____/

      On April 22, 2008, Defendant Jeffrey W. Rohlfing filed a Motion for Summary Judgment (Doc. 144).  IT IS HEREBY ORDERED that:

     1.     Plaintiff shall file an opposition to Defendant Rohlfing's Motion for Summary Judgment by May 22, 2008.

     2.     Defendant Rohlfing shall file a reply to Plaintiff's opposition to the Motion for Summary Judgment by May 29, 2008.

///

DATED: April 24, 2008

                               <u>/s/ Arthur L. Alarcón</u>
                               UNITED STATES CIRCUIT  JUDGE
                               Sitting by Designation