IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

     Plaintiff,                      Case No. 2:02-cv-02645 ALA (PC)

     vs.

D.L. RUNNELS, et al.,

     Defendants.               <u>ORDER</u>

_____/

     Defendants have filed two motions for summary judgment. On April 22, 2008, Defendant Rohlfing filed a motion for summary judgment (Doc. No. 144). Plaintiff has requested an extension of time to respond to Defendant Rohlfing's motion for summary judgment (Doc. No. 150). Good cause having been found, the request is granted.

     On April 23, 2008, Defendants Alameida, Alexander, Bainbridge, Blankenship, Brewer, Cole, Davey, Feliciano, Felker, Fiegener, Harrison, Hibbitts, Jackson, Johnson, Kopec, Leighton, Lucas, Lynn, Malfi, Martin, Norlin, Quiggle, Rianda, Runnels, Surges, Weeks and Wright filed a motion for summary judgment (Doc. No. 146). Plaintiff has also requested an extension of time to respond to this motion (Doc. No. 150). Good cause having been found, the request is granted.

     Accordingly, IT IS HEREBY ORDERED that:

     1.     Plaintiff shall have up to and including June 27, 2008, to file a response to both

motions for summary judgment; and

2. Defendants shall file a reply to Plaintiff's responses to the motions for summary judgment by July 7, 2008.

///

DATED: May 16, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation