1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

          Plaintiff,                    Case No. 2:02-cv-02645 ALA (P)

     vs.

D.L. RUNNELS, et al.,
          Defendants.           ORDER

_____/

      Plaintiff Gregory Brown is proceeding *pro se* and *in forma pauperis* in the civil rights action pursuant to 42 U.S.C. § 1983.  On April 22, 2008 , Defendant Jeffrey Rohlfing, M.D., filed a motion for summary judgment (Doc. No. 144).  Plaintiff filed a response in opposition to that motion on May 27, 2008 (Doc. No. 153).  Both parties filed supporting declarations with their motions.

      Plaintiff  states in his declaration that " defendant Dr. Rohlfing subjected [Plaintiff] to unnecessary pain and suffering by deliberately prescribing pain medication in which he knew would not ease [Plaintiff's] bilateral hips pain and by ignoring [his] requests for stronger and appropriate pain medication " (Doc. No. 153 at 2).  He states that "Rohlfing's actions and/or omissions were not because of his professional medical judgment, but instead due to his personal animosity toward [Plaintiff ] (Doc. No. 153 at 2).

1    Defendant Rohlfing asserts in his declaration that "[as] a staff physician, [he] had no

2  control regarding High Desert State Prison's policy that prohibited the prescription of narcotics

3  for inmates, including those housed in Administrative Segregation, unless being treated as an

4  inpatient in the Central Treatment Center" (Doc. No. 144, Exhibit C at 23).  In both his

5  Opposition and Declaration,  Plaintiff disputes the fact that prison policy prevented Defendant

6  Rohlfing from prescribing the medication requested by Plaintiff (Doc. No. 153).  Neither party

7  has produced evidence to support their statements.

8  /////

9    The parties are ORDERED to:

10    1. Produce evidence in support of the above statements from the parties declarations

11  regarding High Desert State Prison policy by June 14, 2008.  If possible, provide the relevant

12  provision of High Desert State Prison's medical policy.

13  /////

14  DATED: June 4, 2008

15                                   /s/ Arthur L. Alarcón
                                     UNITED STATES CIRCUIT  JUDGE
16                                   Sitting by Designation

17

18

19

20

21

22

23

24

25

26