|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |
| 8  | IN THE UNITED STATES DISTRICT COURT | |
| 9  | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 |    |    |
| 11 | GREGORY L. BROWN, | |
| 12 | Plaintiff, | No. CIV 2:02-cv-02645 ALA P |
| 13 | vs. | |
| 14 | D. L. RUNNELS, et. al., | |
| 15 | Defendants. | ORDER |
| 16 | _____/ | |

17  Plaintiff Gregory Brown, a state prisoner, seeks relief pursuant to 42 U.S.C. § 1983.  This
18  matter is presently set for trial on October 21, 2008.  On June 13, 2008, Defendants filed a motion
19  to continue the trial.  (Doc. 156).  In that motion, Defendants also requested that the Court either
20  vacate the pretrial dates pending its decision of the Defendants' motion for summary judgment or
21  reset the deadlines pursuant to the new trial date.
22  The Court grants Defendants' motion for a continuance as to the trial date only.   The
23  court will not vacate or reset the pretrial dates.  The parties are still bound by the pretrial dates set
24  forth in the revised scheduling order, Doc. 142.  Additionally,  because this case was filed in
25  2002,  no further continuances will be granted in this case.  /////
26  Accordingly, IT IS HEREBY ORDERED that:

1

PDF created with pdfFactory trial version www.pdffactory.com

1. Defendants' June 13, 2008, motion to continue the trial is GRANTED;

2. The trial date of October 21, 2008, is hereby VACATED;

3. This matter is now set for trial on January 6, 2009, at 9 a.m. in front of the Honorable Arthur L. Alarcón, in a courtroom to be determined; and

4. The parties remain bound by the pretrial dates set forth in the revised scheduling order (Doc. 142).

/////

DATED: June 13, 2008

                                          /s/ Arthur L. Alarcón  
                                          UNITED STATES CIRCUIT JUDGE  
                                          Sitting by Designation

PDF created with pdfFactory trial version www.pdffactory.com